Susie McArthur, appellee, v. Chicago City Railway Company and Chicago Railways Company, impleaded with City of Chicago, appellants. Gen. No. 26,066.

Action to recover for injuries to passenger by stepping into uncovered manhole when alighting from street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920. *Certiorari* denied by Supreme Court (making opinion final).

P. L. McArdle and Watson J. Ferry, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. John E. Crahen, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

A. G. Sprecher, appellee, v. William Loeser, appellant. Gen. No. 26,097.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Levisohn & Levisohn and Israel Cowen, for appellant. Fred L. Steers, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Frank Calkins, plaintiff in error. Gen. No. 26,125.

Conviction on charge of contributing to delinquency of child. Error to the Superior Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

James Hartnett, for plaintiff in error. Maclay Hoyne, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Samuel P. Smurr, appellee, v. John F. Kamen et al., appellants. Gen. No. 25,062.

Bill for specific performance of contract to transfer stock. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded with directions. Opinion filed October 13, 1920.

Albert O. Olson and Ellis S. Chesbrough, for appellants; Morton T. Culver, of counsel. Orville W. Lee and M. Marso, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Samuel P. Smurr, appellee, v. John F. Kamen et al., appellants. Gen. No. 25,063.

Bill for specific performance of contract to transfer stock. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded with directions. Opinion filed October 13, 1920.

Albert O. Olson and Ellis S. Chesbrough, for appellants; Morton T. Culver, of counsel. Orville W. Lee and M. Marso, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.